AARON D. FORD
  Attorney General
JANET L. MERRILL (Bar No. 10736)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3370 (phone)
(702) 486-3773 (fax)
Email: jmerrill@ag.nv.gov

*Attorneys for Defendants*
*William Gittere and Jon Verde*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH THOMAS | Case No. 2:22-cv-01919-APG-NJK |
|     Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS THIS CASE WITH PREJUDICE** |
| GITTERE, et al., | |
|     Defendants. | |

    The Parties, Plaintiff, KENNETH THOMAS, and Defendants WILLIAM GITTERE, JON VERDE, BRIAN WOODS, CRISTINA COVARRUBIAS, and DANA COLE, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Janet L. Merrill, Deputy Attorney General, hereby stipulate and agree that this matter be dismissed with prejudice

/////
///
/////
///
/////
///
/////
/////

1  by Order of this Court, each party to bear their own attorney's fees and costs.

2  DATED this 5th of Oct 2023.         DATED this 19th of December 2023.

   [signature] 83545                    AARON D. FORD
                                        Attorney General
   By: [signature]
   KENNETH L. THOMAS                    By: *Janet Merrill*
   Plaintiff #83545                     JANET L. MERRILL (Bar No. 10736)
                                        Deputy Attorney General
                                        *Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this 20th day of December, 2023.

[signature]
_____
UNITED STATES DISTRICT COURT JUDGE